UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x

Mark Dorais

         Plaintiff,

    -v.-

Eastern Account System of Connecticut, Inc.

         Defendant.
------------------------------------------------------------------------x

Civil Action

**COMPLAINT**

Plaintiff Mark Dorais ("Plaintiff" or "Dorais") by and through his attorneys, as and for his

Complaint against Defendant Eastern Account System of Connecticut, Inc. ("Defendant "or

"EAS") respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.  Plaintiff brings this action for damages and declaratory and injunctive relief arising

from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code,

commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2.  Plaintiff is a resident of the State of Connecticut, County of New Haven, residing at

6 Timber Hill Road, Prospect, CT 06712.

1

3.      Eastern Account System of Connecticut, Inc. is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA with an address at P.O. Box 837, Newtown, CT 06470.


## JURISDICTION AND VENUE

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).


## FACTUAL ALLEGATIONS

6.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7.      On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt ("Alleged Debt") from the Plaintiff.

8.      The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9.      On or around August 21, 2014, the Defendant caused to be delivered to the Plaintiff a letter (the "Letter") addressed to the Plaintiff, seeking collection of the Alleged Debt.

10.     This collection letter included collection costs for credit card payments.

11.     Plaintiff did not agree to such a collection charge.

12.     The addition of these collection fees by Defendant, which was not authorized by the agreement creating the debt or permitted by law, was an attempt to collect an amount not owed by Plaintiff and a violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), 1692f, and 1692f(1).

13.     Further this Letter was mailed in a window envelope.

14.     The envelope's window displayed personal and confidential information concerning the Plaintiff, specifically, the account number associated with the debt.

15.     The aforementioned information displayed through the window is personal identifying information relevant to the Alleged Debt.


## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

16.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

17.     Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692c(b), 1692d, 1692f, 1692e(5), 1692e(10), 1692f, and 1692f(1).

18.     As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Mark Dorais demands judgment from Defendant Eastern Account

System of Connecticut, Inc. as follows:

a)      For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b)      For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c)      For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d)      A declaration that the Defendant's practices violated the FDCPA; and

e)      For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.

Dated:  August 21, 2015

/s/Raphael Deutsch
By: Raphael Deutsch
301 Highland Avenue
Waterbury, CT, 06708
Phone: 203 597 8883
Fax: 203 753 9347

Send Additional Correspondence:
Yaakov Saks
RC Law Group
285 Passaic Street
Hackensack, NJ, 07601
201-282-6500 ext 101
ysaks@rclawgroup.com

1