**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Mark Dorias, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 3:15-cv-01252-JAM |
| | : | |
| Eastern Account System of Connecticut, Inc. | : | |
|     Defendant | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Respectfully submitted,

/s/Raphael Deutsch

Raphael Deutsch Esq.

301 Highland Avenue

Waterbury, CT, 06708

203-597-8883

Attorney for Plaintiff